UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Eric Dickner

    v.                                    No. 07-fp-120

NH Governor, et al.


### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $5.00 is due no later than May 20, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number **07-cv-120-PB**.

SO ORDERED.

                                     /s/ James R. Muirhead
                                     James R. Muirhead
                                     United States Magistrate Judge

Date: April 27, 2007

cc:    Eric Dickner, pro se
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts