UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Eric Dickner</u>

        v.                            Civil No. 07-cv-120-PB

<u>NH Governor, et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 28, 2007.

SO ORDERED.

October 24, 2007                               /s/ Paul Barbadoro
                                                       Paul Barbadoro
                                                       United States District Judge

cc:    Eric Dickner, pro se