UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Eric Dickner

    v.                                    Civil No. 07-cv-120-PB

NH Governor, et al.

**REPORT AND RECOMMENDATION**

Petitioner has failed to amend to demonstrate exhaustion as he was directed to do by Order on September 28, 2007. I therefore recommend that his petition be denied without prejudice.

Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date:    November 9, 2007
cc:      Eric Dickner, pro se