UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Eric Dickner

       v.                          Civil No. 07-cv-120-PB

NH Governor, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 9, 2007.

SO ORDERED.

December 10, 2007                        /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    Eric Dickner, pro se